# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00252-WDM-1

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. SHANNON FORSYTHE,

  Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

  Upon petition of the United States and for good cause shown, it is hereby

  ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Shannon Forsythe before Judge Walker D. Miller on April 18, 2006 at 10:00 a.m. for a re-sentencing hearing, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

  DATED at Denver, Colorado, February 10, 2006

              BY THE COURT:

              s/ Walker D. Miller

              s/ Walker D. Miller
              United States District Judge

PDF FINAL